UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>TIMOTHY R. PETROZZI | CASE NO. 21-mc-5026 BHS<br><br>ORDER |

THIS MATTER is before the court on pro se plaintiff Timothy Petrozzi's motion for leave to proceed *in forma pauperis*, supported by his most recent proposed complaint. Dkt. 113-1. The proposed complaint was filed in this miscellaneous case under the terms of the Court's Bar Order, Dkt. 5.

Petrozzi's case is much like his prior filings. He asserts that Washington Governor Inslee, Washington Attorney General Ferguson, United States President Biden, and City of Olympia Mayor Selby (the same defendants in Petrozzi's last proposed complaint, Dkt. 95) violated his constitutional rights and a variety of criminal statutes. He asserts that the defendants "were notified in redundance and used their position restraining me of

ORDER - 1

life, liberty, and the freedoms provided as a United States Citizen." Dkt. 113-1 at 6. The complaint is frivolous on its face, and is the sort of filing that led to the Bar Order. Petrozzi's motion for leave to proceed *in forma pauperis* is **DENIED**, and his claims are **DISMISSED without prejudice** and **without leave to amend**.

The Clerk shall terminate any other pending motions. No Judgment shall be entered because any future proposed claims will be opened in this case. This Order terminating this proposed action, Dkt. 113, is final and appealable.

**IT IS SO ORDERED**.

Dated this 2nd day of January, 2024.

BENJAMIN H. SETTLE
United States District Judge